BEFORE THE FIRST DIVISION, JULY 6, 1938

**No. 38960.**—Protests 922060–G, etc., of S. Lisk & Bro. (New York).

Opinion by Sullivan, J. It was stipulated that the merchandise consists of trick daggers similar to those the subject of Abstract 37637. The claim at 45 percent under paragraph 397 was therefore sustained.